IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DUPEE, | ) | CASE NO. 15-CV-01021 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' MOTION FOR LEAVE** |
| PLAYTIKA SANTA MONICA, LLC, | ) | **TO FILE MEMORANDUM UP TO 30** |
| *et al.*, | ) | **PAGES IN LENGTH** |
| | ) | |
| Defendants. | ) | |

Defendants, Caesars Interactive Entertainment, Inc. and Playtika Santa Monica, LLC ("Defendants"), respectfully request an Order allowing Defendants to file a Memorandum in Support of a Motion to Dismiss up to 30 pages in length regardless of the track to which this case is ultimately assigned.

The grounds for this Motion are set forth in the attached Memorandum in Support.

Respectfully submitted,

*/s/ Lindsey E. Sacher*
MAURA L. HUGHES (0061929)
LINDSEY E. SACHER (0087883)
CALFEE, HALTER & GRISWOLD LLP
1405 East Sixth Street
Cleveland, Ohio 44114
Tel: 216-622-8200
Fax: 216-622-8441
mhughes@calfee.com
lsacher@calfee.com

{03122916.DOCX;3 }                                 1

BEHNAM DAYANIM*
KATHLEEN SHERIDAN*
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: 202-551-1700
Fax: 202-551-1705
bdayanim@paulhastings.com
ksheridan@paulhastings.com

*Pro Hac Vice application forthcoming

{03122916.DOCX;3}  2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT DUPEE, ) | CASE NO. 15-CV-01021 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | |
| ) | **MEMORANDUM IN SUPPORT OF** |
| PLAYTIKA SANTA MONICA, LLC, ) | **DEFENDANTS' MOTION FOR LEAVE** |
| *et al.*, ) | **TO FILE MEMORANDUM UP TO 30** |
| ) | **PAGES IN LENGTH** |
| Defendants. ) | |

Defendants, Caesars Interactive Entertainment, Inc. and Playtika Santa Monica, LLC ("Defendants"), hereby request an Order granting them leave to file a Memorandum in Support of Defendants' forthcoming Motion to Dismiss that is up to 30 pages in length regardless of the track to which this case is ultimately assigned.

Defendants intend to file a Motion to Dismiss in response to the Plaintiff's Complaint, and believe the arguments to be raised in that Motion to Dismiss warrant a memorandum in excess of the page limitations provided in Rule 7.1 for cases assigned to the Standard Track. Because this Court indicated in its June 9, 2015 Order that it would defer assignment of the case to any track until the Case Management Conference, Defendants want to ensure their ability to comply with local rules regarding page limitations in the meantime.[1] Accordingly, Defendants respectfully request an Order granting them leave to file a Memorandum in Support of their forthcoming Motion to Dismiss that is up to 30 pages in length regardless of the track to which the Court ultimately assigns the instant case.

---

[1] As noted in Defendants' Motion for Leave to Plead and for Complex Track designation, Plaintiff did not oppose Complex Track designation, which would have allowed for a 30-page limit for memoranda in support of dispositive motions.

{03122916.DOCX;3 }                                              1

Respectfully submitted,

*/s/ Lindsey E. Sacher*
MAURA L. HUGHES (0061929)
LINDSEY E. SACHER (0087883)
CALFEE, HALTER & GRISWOLD LLP
1405 East Sixth Street
Cleveland, Ohio 44114
Tel: 216-622-8200
Fax: 216-622-8441
mhughes@calfee.com
lsacher@calfee.com

BEHNAM DAYANIM*
KATHLEEN SHERIDAN*
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: 202-551-1700
Fax: 202-551-1705
bdayanim@paulhastings.com
ksheridan@paulhastings.com

*Pro Hac Vice application forthcoming

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the court's electronic filing system.

*/s/ Lindsey E. Sacher*
One of the Attorneys for Defendants
