IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DUPEE, | ) | CASE NO. 15-CV-01021 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' MOTION FOR** |
| PLAYTIKA SANTA MONICA, LLC, | ) | **ADMISSION *PRO HAC VICE* OF** |
| *et al.*, | ) | **BEHNAM DAYANIM** |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 83.5(h) of the Local Civil Rules for the United States District Court for the Northern District of Ohio, Defendants, Caesars Interactive Entertainment, Inc., and Playtika Santa Monica, LLC ("Defendants"), respectfully move this Court for an Order permitting Attorney Behnam Dayanim to appear *pro hac vice* and participate in this case on behalf of Defendants. As grounds for this Motion, Defendants state that Attorney Dayanim is admitted to the practice of law before, and is a current member in good standing of, the Maryland State Bar Association and the District of Columbia Bar.

Mr. Dayanim's affidavit, attesting to the foregoing facts, is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Lindsey E. Sacher*
MAURA L. HUGHES (0061929)
LINDSEY E. SACHER (0087883)
CALFEE, HALTER & GRISWOLD LLP
1405 East Sixth Street
Cleveland, Ohio 44114
Tel: 216-622-8200
Fax: 216-622-8441
mhughes@calfee.com
lsacher@calfee.com

Counsel for Defendants

{03104912.DOCX;1 }                          1

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the court's electronic filing system.

/s/ *Lindsey E. Sacher*
One of the Attorneys for Defendants

DISTRICT OF COLUMBIA    )
                        )   SS:
                        )

Behnam Dayanim, being first duly sworn in accordance with the law, deposes and states:

1. I am licensed to practice law before, and am a member in good standing of, the Maryland State Bar Association and the District of Columbia Bar. I was admitted to the Maryland State Bar Association in December 1993, and to the District of Columbia Bar in August 1995. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State, District or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

2. I am an attorney in the Washington, DC, office of the law firm of Paul Hastings LLP. My business address is 875 15th St. N.W., Washington, DC 20005. My business telephone number is 202-551-1737. My business facsimile number is 202-551-1705. My business e-mail address is bdayanim@paulhastings.com. My Maryland bar identification number is 199312140181, and my District of Columbia bar registration number is 447661.

FURTHER AFFIANT SAYETH NAUGHT.

_____
BEHNAM DAYANIM

SWORN TO BEFORE ME, and subscribed in my presence, this 9th day of July, 2015.

_____
NOTARY PUBLIC    exp. 2-29-2020

LEGAL_US_E # 115221915.1

{03104912.DOCX;1 }



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### BEHNAM DAYANIM

was on AUGUST 7, 1995 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on            .

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fourteenth day of December, 1993,

### Behnam Dayanim

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifteenth day of June, 2015.*

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland