IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DUPEE, | ) | CASE NO. 15-CV-01021 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' MOTION FOR** |
| PLAYTIKA SANTA MONICA, LLC, | ) | **ADMISSION *PRO HAC VICE* OF** |
| *et al.,* | ) | **KATHLEEN SHERIDAN** |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 83.5(h) of the Local Civil Rules for the United States District Court for the Northern District of Ohio, Defendants, Caesars Interactive Entertainment, Inc., and Playtika Santa Monica, LLC ("Defendants"), respectfully move this Court for an Order permitting Attorney Kathleen Sheridan to appear *pro hac vice* and participate in this case on behalf of Defendants. As grounds for this Motion, Defendants state that Attorney Sheridan is admitted to the practice of law before, and is a current member in good standing of, the Virginia State Bar and the District of Columbia Bar.

Ms. Sheridan's affidavit, attesting to the foregoing facts, is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Lindsey E. Sacher*
MAURA L. HUGHES (0061929)
LINDSEY E. SACHER (0087883)
CALFEE, HALTER & GRISWOLD LLP
1405 East Sixth Street
Cleveland, Ohio 44114
Tel: 216-622-8200
Fax: 216-622-8441
mhughes@calfee.com
lsacher@calfee.com

Counsel for Defendants

{03104912.DOCX;1 }    1

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the court's electronic filing system.

/s/ *Lindsey E. Sacher*
One of the Attorneys for Defendants

DISTRICT OF COLUMBIA        )
                            )   SS:
                            )

Kathleen Sheridan, being first duly sworn in accordance with the law, deposes and states:

1. I am licensed to practice law before, and am a member in good standing of, the Virginia State Bar and the District of Columbia Bar. I was admitted to the Virginia State Bar on October 29, 2012 and to the District of Columbia Bar on June 3, 2013. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State, District or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

2. I am an attorney in the Washington, DC, office of the law firm of Paul Hastings LLP. My business address is 875 15th St. N.W., Washington, DC 20005. My business telephone number is 202-551-1843. My business facsimile number is 202-551-1705. My business e-mail address is kathleensheridan@paulhastings.com. My Virginia bar registration number is 84436, and my District of Columbia bar registration number is 1014486.

FURTHER AFFIANT SAYETH NAUGHT.

_____
KATHLEEN SHERIDAN

SWORN TO BEFORE ME, and subscribed in my presence, this 9th day of July 2015.

_____
NOTARY PUBLIC      EXP. 2-29-2020

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### Kathleen Kendall Sheridan

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2012.

I further certify that so far as the records of this office are concerned, Kathleen Kendall Sheridan is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 24th day of June
A.D. 2015

By: _____
Deputy Clerk



# District of Columbia Court of Appeals
### Committee on Unauthorized Practice of Law
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2777

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## KATHLEEN KENDALL SHERIDAN

was on    JUNE 3, 2013    duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

*In Testimony Whereof,* I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on JUNE 22, 2015.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk