**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ROBERT DUPEE, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PLAYTIKA SANTA MONICA, LLC a Nevada limited liability company, and CAESARS INTERACTIVE ENTERTAINMENT, INC., a Delaware corporation,<br><br>*Defendants*. | Case No. 15-cv-01021<br><br>JUDGE CHRISTOPHER A. BOYKO |

**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE
ON DEFENDANTS' MOTION TO DISMISS**

Plaintiff Robert Dupee ("Plaintiff"), by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 6, and with Defendants Caesars Interactive Entertainment, Inc.'s and Playtika Santa Monica, LLC's ("Defendants") consent, hereby respectfully moves the Court to enter an Order extending the current briefing schedule on Defendants' pending motion to dismiss (the "Motion").

On May 21, 2015, Plaintiff filed the instant action. (Dkt.1.) On June 13, 2015, Defendants filed a motion to dismiss for failure to state a claim. (Dkt. 10.) Pursuant to Rule 7.1(d), Plaintiff's current deadline to respond to the Motion is August 12, 2015 and, pursuant to Rule 7.1(e), Defendants' deadline to file a reply in support of the Motion is August 26, 2015. Since Defendants filed the Motion, Plaintiff has worked diligently to review and analyze Defendant's arguments. Notwithstanding, Plaintiff would benefit from a brief three (3) week extension of his current response deadline to complete those

efforts, which would extend his current deadline to respond to the Motion through and including September 2, 2015.

Plaintiff's counsel has conferred with counsel for Defendants and is authorized to state that Defendants consent to the relief requested herein. Accordingly, and subject to the Court's approval, Plaintiff requests to extend the briefing schedule on Defendants' Motion, such that Plaintiff's deadline to oppose the Motion is extended from August 12, 2015 to September 2, 2015, and Defendants' deadline to file a reply in support of the Motion is extended from August 26, 2015 to September 25, 2015. Plaintiff has not previously requested an extension of the briefing schedule.

WHEREFORE, Plaintiff, with consent from Defendants, respectfully requests that the Court enter an order (i) granting the instant motion, (ii) extending Plaintiff's deadline to oppose Defendant's Motions to September 2, 2015 and extending Defendants' deadline to file a reply in support of their Motion to September 25, 2015, and (iii) awarding such other and further relief as the Court deems reasonable and just.

                                          Respectfully Submitted,

                                          **ROBERT DUPEE**, individually and on behalf of all others similarly situated,

Dated: August 5, 2015         /s/ Joshua B. Fuchs
                                          Jason R. Bristol (0072989)
                                          jbristol@crklaw.com
                                          Joshua B. Fuchs (0087066)
                                          jfuchs@crklaw.com
                                          Joshua R. Cohen (0032368)
                                          jcohen@crklaw.com
                                          The Hoyt Block Building – Suite 400
                                          700 West St. Clair Avenue
                                          Cleveland, Ohio 44113
                                          Tel: 216.781.7956
                                          Fax: 216.781.8061

Rafey S. Balabanian*
rbalabanian@edelson.com
Benjamin H. Richman*
brichman@edelson.com
Courtney C. Booth*
cbooth@edelson.com
Amir C. Missaghi*
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro Hac Vice Admission to be Sought*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2015, I caused to be served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system, on this the 5th day of August, 2015.

/s/ Joshua B. Fuchs